IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA ESPER DELEON,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,

        Defendant.
_____

Civ. No. 3:13-cv-00239-MC

ORDER

MCSHANE, Judge:

       The parties agree that this matter should be remanded to the ALJ for consideration of new medical evidence. This matter is remanded for a new hearing so the ALJ may:

1. Update the medical evidence of record;

2. Consider the new evidence submitted to the Appeals Council in support of Plaintiff's request for review and weigh all medical opinions of record;

1 –ORDER

3.  Complete the sequential evaluation process, considering the nature and severity of all of Plaintiff's impairments; address applicable listings, reassess Plaintiff's residual functional capacity; as necessary, reevaluate Plaintiff's credibility based on the updated record;

4.  Obtain supplemental vocational evidence at step five of the sequential evaluation process; and

5.  Take other actions as appropriate considering the updated medical evidence.

IT IS SO ORDERED.

    DATED this 17th day of December, 2013.

                                        _____/s/ Michael J. McShane_____
                                               Michael McShane
                                      United States District Judge